IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>MICHAEL H. SIMON, et al,<br><br>                Defendants. | 3:20-MJ-00015<br><br>ORDER OF DISMISSAL |

HERNANDEZ, District Judge:

On February 4, 2020, William H. Nietzche filed a criminal complaint alleging violations of 18 U.S.C. § 242, 18 U.S.C. § 241, 18 U.S.C. § 1001(a)(2), and 18 U.S.C. § 1962(a) against multiple defendants. Criminal prosecution in the District Court is the duty of the United States Attorney's Office, and there is no private right of action for an individual to file a criminal case.

CONCLUSION

Based on the foregoing, the complaint filed in this matter is DISMISSED, and the case is CLOSED. No further filings will be entertained in this closed case.

IT IS SO ORDERED.

Dated this ___4___ day of February, 2020.

MARCO A. HERNANDEZ
United States District Judge

1 - ORDER OF DISMISSAL